# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District NORTHERN DISTRICT OF ILLINOIS |
|---|---|
| | Docket or Case No.: |
| Name (under which you were convicted):<br>ANTHONY GREEN | Prisoner No.:<br>12450-424 |
| Place of Confinement: FCI-ATLANTA<br>P.O. Box 150160, ATLANTA, GA 30315 | |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) |
| v. | ANTHONY GREEN |

**MOTION**        07 C 50247

1.  (a) Name and location of court that entered the judgment of conviction you are challenging: United States District Court for the Northern District of Illinois, Western Division (Rockford)

    (b) Criminal docket or case number (if you know): 03-CR-50031-ALL

2.  (a) Date of the judgment of conviction (if you know): January 8, 2004

    (b) Date of sentencing: March 12, 2004

3.  Length of sentence: 384 months

4.  Nature of crime (all counts): Armed Bank Robbery, 18 U.S.C. § 2113(a)(d) [count one]; Possession of a Firearm in relation to a Crime of Violence, 18 U.S.C. § 924(c) [count two]; Felon in Possession of a Firearm, 18 U.S.C. § 924(g)(1) [count three]

5.  (a) What was your plea? (Check one)
    (1) Not guilty ☒    (2) Guilty ☐    (3) Nolo contendere (no contest) ☐

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _____

6.  If you went to trial, what kind of trial did you have? (Check one)   Jury ☒   Judge only ☐

**FILED**

DEC 26 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☐
8. Did you appeal from the judgment of conviction?   Yes ☒   No ☐
9. If you did appeal, answer the following:
   (a) Name of court: Seventh Circuit Court of Appeals
   (b) Docket or case number (if you know): 04-1723
   (c) Result: Limited Remand pursuant to Paladino
   (d) Date of result (if you know): October 11, 2005
   (e) Citation to the case (if you know): N/A
   (f) Grounds raised: Numerous Trial related issues

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☒   No ☐
      If "Yes," answer the following:
      (1) Docket or case number (if you know): 06-8482
      (2) Result: Certiorari Denied

      (3) Date of result (if you know): January 22, 2007
      (4) Citation to the case (if you know): N/A
      (5) Grounds raised: Sought certiorari review on issues denied by Court of Appeals

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☐   No ☒
11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: N/A
        (2) Docket or case number (if you know): N/A
        (3) Date of filing (if you know): N/A

    (4) Nature of the proceeding: __N/A__

    (5) Grounds raised: __N/A__

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?  Yes ☐  No ☐

    (7) Result: __N/A__

    (8) Date of result (if you know): __N/A__

(b) If you filed any second motion, petition, or application, give the same information:

    (1) Name of court: __N/A__

    (2) Docket or case number (if you know): __N/A__

    (3) Date of filing (if you know): __N/A__

    (4) Nature of the proceeding: __N/A__

    (5) Grounds raised: __N/A__

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?  Yes ☐  No ☐  N/A

    (7) Result: __N/A__

    (8) Date of result (if you know): __N/A__

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1) First petition:    Yes ☐  No ☐

    (2) Second petition:  Yes ☐  No ☐  N/A

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: N/A

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** DENIAL OF EFFECTIVE ASSISTANCE OF COUNSEL

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Movant Green asserts that he was denied his Sixth Amendment right to the effective assistance of counsel, as identified by the acts or omissions in the attached MEMORANDUM. The facts and law supporting the foregoing in the attached MEMORANDUM at GROUND ONE is incorporated herein by reference as though set forth in full herein and made a part hereof.

(b) **Direct Appeal of Ground One:**
　(1) If you appealed from the judgment of conviction, did you raise this issue?
　　Yes ☐　No ☒
　(2) If you did not raise this issue in your direct appeal, explain why: claim may not be asserted on direct appeal and is properly raised in a 28 U.S.C. § 2255 Proceeding.

(c) **Post-Conviction Proceedings:** N/A
　(1) Did you raise this issue in any post-conviction motion, petition, or application?
　　Yes ☐　No ☐　N/A
　(2) If your answer to Question (c)(1) is "Yes," state:
　Type of motion or petition: N/A
　Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): __N/A__

Date of the court's decision: __N/A__

Result (attach a copy of the court's opinion or order, if available): __N/A__

(3) Did you receive a hearing on your motion, petition, or application?
  Yes ☐  No ☐  N/A

(4) Did you appeal from the denial of your motion, petition, or application?
  Yes ☐  No ☐  N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
  Yes ☐  No ☐  N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: __N/A__

Docket or case number (if you know): __N/A__

Date of the court's decision: __N/A__

Result (attach a copy of the court's opinion or order, if available): __N/A__

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: __N/A__

**GROUND TWO**: __PROSECUTORIAL MISCONDUCT__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Movant Green asserts that the prosecutor, prosecuting him, committed numerous acts of misconduct during the course of prosecution, as speifically identified in the attached MEMORANDUM. The facts and law supporting the foregoing in the attached MEMORANDUM at GROUND TWO is incorporated herein by reference as though set forth in full herein and made a part hereof.

**(b) Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: factual or legal basis for claim not available on direct appeal.  Claim must be raised in a 28 U.S.C. § 2255 Proceeding.

**(c) Post-Conviction Proceedings:** N/A

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☐   N/A

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☐   N/A

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☐   N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☐   N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: __N/A__

**GROUND THREE:** AN EVIDENTIARY HEARING IS REQUIRED HEREON

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Movant Green contends that he has established the need for an evidentiary hearing. The facts and law supporting the foregoing in the attached MEMORANDUM at GROUND THREE is incorporated herein by reference as though set forth in full herein and made a part hereof.

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: Procedural request for this motion

(c) **Post-Conviction Proceedings:** N/A

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☐   N/A

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: __N/A__

Name and location of the court where the motion or petition was filed: __N/A__

Docket or case number (if you know): __N/A__

Date of the court's decision: __N/A__

Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☐   N/A

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☐   N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☐   N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: N/A

**GROUND FOUR:** N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

N/A

(b) **Direct Appeal of Ground Four:** N/A

   (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐   No ☐   N/A

   (2) If you did not raise this issue in your direct appeal, explain why: __N/A__

(c) **Post-Conviction Proceedings:** N/A

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ☐   No ☐   N/A

   (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: __N/A__

Name and location of the court where the motion or petition was filed: __N/A__

Docket or case number (if you know): __N/A__

Date of the court's decision: __N/A__

Result (attach a copy of the court's opinion or order, if available): __N/A__

   (3) Did you receive a hearing on your motion, petition, or application?

      Yes ☐   No ☐   N/A

   (4) Did you appeal from the denial of your motion, petition, or application?

      Yes ☐   No ☐   N/A

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

      Yes ☐   No ☐ N/A

   (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: __N/A__

Docket or case number (if you know): __N/A__

Date of the court's decision: __N/A__

Result (attach a copy of the court's opinion or order, if available): __N/A__

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: N/A

13. Is there any ground in this motion that you have **not** previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: The factual or legal basis for claims raised herein were not reasonably available at any earlier time, and are further properly preserved to be raised in these proceedings where a hearing is afforded to establish a record.

14. Do you have any motion, petition, or appeal **now pending** (filed and not decided yet) in any court for the judgment you are challenging?   Yes ☐  No ☒
    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. N/A

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
    (a) At preliminary hearing: Paul Flynn, 202 West State Street, #600, Rockford, IL 61101
    (b) At arraignment and plea: same as 15(a)
    (c) At trial: same as 15(a)
    (d) At sentencing: same as 15(a)

(e) On appeal: __Robert A. Handelsman__

(f) In any post-conviction proceeding: __N/A__

(g) On appeal from any ruling against you in a post-conviction proceeding: __N/A__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?  Yes [X] No [ ]

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?  Yes [ ] No [X]

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: __N/A__

    (b) Give the date the other sentence was imposed: __N/A__
    (c) Give the length of the other sentence: __N/A__
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?  Yes [ ] No [X]

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.* <u>Movant Green asserts that his 28 U.S.C. § 2255 motion is timely filed pusuant to 28 U.S.C. § 2255 ¶6(1) "the date on which the judgment of conviction became final." Green was convicted, by jury verdict, on January 8, 2004. Green was sentenced on March 12, 2004. Judgment was entered on March 17, 2004. A timely notice of appeal was filed on March 19, 2004. The Judgment of the district court was affirmed by the Seventh Circuit Court of Appeals on October 11, 2005. However, a limited remand pursuant to United States v. Paladino, 401 F.3d 471 (7th Cir. 2005) was issued pursuant to procedures set forth therein. On March 17, 2006 the district court issued it's order stating that the same sentence would have been imposed. A timely filed petition for rehearing, or rehearing en banc was denied on August 23, 2006. A timely filed petition for writ of certiorari was denied on January 22, 2007. Accordingly, the instant petition is properly before this court in a timely manner.</u>

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
    A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
        (1) the date on which the judgment of conviction became final;
        (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
        (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
        (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: Vacate, set aside conviction; vacate, set aside or correct sentence as requested, alternatively grant an evidentiary hearing.

or any other relief to which movant may be entitled.

N/A
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on Dec. 13, 2007 (month, date, year).

Executed (signed) on 12/13/2007 (date).

*Anthony Green*
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

N/A

## PROOF OF SERVICE

(The movant must send a copy of this motion and all attachments to the United States Attorney's office in the district in which he or she was convicted.)

I certify that on  12/13/2007 , I mailed a copy of this Motion* and
                    (date)

all attachments

to  U.S. ATTORNEY'S OFFICE FOR THE NORTHERN DISTRICT OF ILLINOIS

at the following address:  308 West State Street, Room 300, Rockford, Illinois 61101

_Anthony Green_
Movant's Signature

---

*Pursuant to Fed. R. App. P. 25(a)(2)(c), "A paper filed by an inmate confined in an institution is timely filed if deposited in the institution's internal mail system on or before the last day for filing. Timely filing of a paper by an inmate confined in an institution may be shown by a notarized statement or declaration (in compliance with 28 U.S.C. § 1746) setting forth the date of deposit and stating that first-class postage has been prepaid."

---

Motion re: 28 U.S.C. § 2255 6/99