

ANTHONY GREEN
REG. NO. 12450-424
FCI-ATLANTA, GA
P. O. BOX 150160
ATLANTA, GA 30315

LEGAL MAIL

CLERK OF COURT
UNITED STATES DISTRICT COURT
U.S. COURTHOUSE
211 SOUTH COURT STREET
ROCKFORD, ILLINOIS 61101