IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**F I L E D**

DEC 2 6 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ANTHONY GREEN;   \*
    MOVANT;   \*
          \*

vs.   \*   CIVIL NO.: __07 C 50 2 4 7__
   \*   [03-CR-50031]

UNITED STATES OF AMERICA;   \*
    RESPONDENT;   \*

## MOTION TO EXCEED PAGE LIMIT

COMES NOW, ANTHONY GREEN, <u>pro se</u> and hereby requests that this Honorable Court allow Movant's Memorandum in support of his 28 U.S.C. § 2255 Motion, to exceed any page limitations which may be found in any Local Rule for this Circuit or this Court, and in support hereof, states as follows:

1. The evidence in Movant's case is voluminous;

2. The potential for a miscarriage of justice exist if any of Movant's arguments are not presented fully to this court;

3. 28 U.S.C. § 2255 provides Movant with one opportunity to assert all of his claims, and Movant will not be allowed to file any second or successive § 2255 Motion should he omitt, or do not adequately argue and claim or claims in the § 2255 Motion.

4.  In the interest of justice and firness to Movant Green, this Motion should be granted.

WHEREFORE, based upon the foregoing, Green respectfully requests that this Honorable Court grant this Motion and allow Green's § 2255 Moation and, more specifically, his Memorandum in supportt of the Motion to proceed as filed.

Respectfully submitted this 13th day of December 2007.

*Anthony Green*
ANTHONY GREEN, PRO SE
REG. NO. 12450-424
FCI-ATLANTA
P. O. BOX 150160
ATLANTA, GA 30315


CERTIFICATE OF SERVICE

I, the undersigned, certify that I have on this 13th day of December 2007 served a true and correct copy of the foregoing Motion To Exceed Page Limit upon the government by dropping same in the mail, proper postage affixed thereto and addressed to United States Attorney's Office, Northern District of Illinois, 308 West State Street, Room 300, Rockford, Illinois 61101.

Signed under penalty of perjury this 13th day of December 2007.

*Anthony Green*
ANTHONY GREEN, PRO SE
REG. NO. 12450-424
FCI-ATLANTA
P. O. BOX 150160
ATLANTA, GA 30315