IN THE UNITED STATES DISTRICT COURT
FOR THE __NORTHERN__ DISTRICT OF __ILLINOIS__
__WESTERN__ DIVISION

| | |
|---|---|
| __ANTHONY GREEN,__ ; <br> MOVANT; <br><br> vs. <br><br> UNITED STATES OF AMERICA; <br> RESPONDENT; | * CIVIL NO.: __07 C 50247__ <br> * [03-CR-50031] <br> * <br> * **FILED** <br> * <br> * DEC 26 2007 <br> MICHAEL W. DOBBINS <br> CLERK, U.S. DISTRICT COURT |

MOVANT'S MOTION FOR LEAVE TO FILE AFFIDAVIT(S)
IN SUPPORT OF MOTION UNDER 28 U.S.C. § 2255

COMES NOW, __ANTHONY GREEN__ **pro se** and moves this Court, pursuant to 28 U.S.C. § 2246 and Rule 7 of the Rules Governing Section 2255 Proceedings For The United States District Court, for leave to file his accompaning affidavit(s) in support of claim(s) raised by him in his § 2255 Motion and to further have said affidavit(s) made a part of the record of these proceedings, and in support hereof, states as follows.

    1.  STATEMENT OF RELEVANT FACTS

Movant herein simultaneously files this motion, and affidavits, with his Motion under 28 U.S.C. § 2255, and Memorandum in support thereof. In his § 2255 Motion, Movant asserts that he was denied his constitutional rights as guaranteed by the Fifth and Sixth Amendments, and that the affidavit(s) are necessary to support the

claim, as the facts supporting the claims are not a part of the files and records, and are based on attorney/client communication, or lack thereof. To establish the merit regarding the claims, Movant contends that the affidavit(s) are required and should be entered as part of the record in these proceedings

## 2. MEMORANDUM OF LAW AND AUTHORITY

The Rules and Statutes governing § 2255 proceedings establish definitely that affidavits may be entered into the record and used as a basis for decision in at least some circumstances. The relevant statute provides that "in the discretion of the judge," evidence may be taken "by affidavit." 28 U.S.C. § 2246[1] Rule 7 of the Rules Governing Section 2255 cases allows for the expansion of the record to include various types of evidence, and provides specifically that "[a]ffidavits may be submitted and considered as part of the record."[2] See <u>Fuller v. Attorney General of State of Alabama</u>,

---

1. 28 U.S.C. § 2246, **Evidence; depositions; affidavits** Provides that:

   "On application for a writ of habeas corpus, evidence may be taken orally or by deposition, or, <u>in the discretion of the judge, by affidavits</u>. If affidavits are admitted any party shall have the right to propound written interrogatories to the affiants, or to file answering affidavits.

2. Rule 7, **Expansion of Record**, of the Rules Governing Section 2255 Proceedings For The United States District Court provides that:

   (a) **Direction for expansion,** If the motion is not dismissed summarily, the judge may direct that the record be expanded by the parties by the inclusion of additional materials relevant to the determination of the merits of the motion.

36 F. Supp.2d 1323 (N.D. Ala. 1999); <u>Haliburton v. Secretary For Dept. of Corrections</u>, 342 F.3d 1233 (11th Cir. 2003)(odering "testimony through interrogatories and affidavits" on petition for writ of habeas corpus); <u>Valdez v. Cockrell</u>, 274 F.3d 941 (5th Cir. 2001)("On application for writ of habeas corpus, the district court has the discretion to receive evidence via affidavits.")(citing <u>Lopez v. Ellis</u>, 263 F.3d 211, 212 (5th Cir. 1959).)

Further, the Advisory Committee Notes to Rule 7 of the Rules Governing Section 2255 cases suggests that that additional evidence gleaned from affidavits and other sources "may also be helpful when an evidentiary hearing is required." Indeed, the notes suggests that affidavits may be "helpful" even when credibility is at issue. Id. (quoting <u>Raines v. United States</u>, 423 F.2d 526, 529-30 (4th Cir. 1970).

In the instant § 2255 Motion, Movant asserts numerous instances

---

> (b) **Materials to be added.** The expanded record may include, without limitation, letters predating the filing of the motion in the district court, documents, exhibits, and answers under oath, if so directed, to written interrogatories propounded by the judge. **Affidavits may be submitted and considered as a part of the record.**
>
> (c) **Submission to opposing party.** In any case in which an expanded record is directed, copies of the letters, documents, exhibits, and **affidavits** proposed to be included shall be submitted to the party against whom they are to be offered, and he shall be afforded an opportunity to admit or deny their correctness.
>
> (d) **Authentication.** The court may require the authentication of any material under submission (b) or (c).

of ineffective assistance of counsel and/or other constitutional violations. the facts supporting the claim or claims resulted from attorney/client communication and are not a part of the files and records before this court. Thus, affidavit(s) submitted by Movant, herewith, serves to establish the facts that support(s) the claim or claims raised by him. Furthermore, the facts supporting the identified acts or omissions are not a part of the records also, and the affidavit(s) are necessary to establish the record regarding the merit of those claim(s).

### 3.   CONCLUSION

**WHEREFORE**, based upon the foregoing, Movant prays that this Court will grant this motion and allow the affidavit(s) submitted herewith to be filed and made a part of the record.

Respectfully submitted this 13th day of December, 2007

*Anthony Green*
ANTHONY GREEN, PRO SE
REG. NO. 12450-424
FCI-ATLANTA
P. O. BOX 150160
ATLANTA, GA  30315

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I have on this _13th_ day of ___December___, 20_07_ served a true and correct copy of the foregoing MOVANT'S MOTION FOR LEAVE TO FILE AFFIDAVIT(S) IN SUPPORT OF MOTION UNDER 28 U.S.C. § 2255 upon the government by dropping same in the mail, proper postage affixed thereto and addressed as follows:

>United States Attorney's Office
>Northern District of Illinois
>308 West State Street
>Room 300
>Rockford, Illinois  61101

Signed under penalty of perjury this _13th_ day of ___December___ 20_07_.

>*Anthony Green*
>ANTHONY GREEN, PRO SE
>REG. NO. 12450-424
>FCI-ATLANTA
>P. O. BOX 150160
>ATLANTA, GA  30315