# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50247 | **DATE** | 12/28/2007 |
| **CASE TITLE** | United States vs. Green | | |

**DOCKET ENTRY TEXT:**

Green's motions for extension of page limit and leave to file affidavits are granted. The Government is given 60 days from the date of this order to file its response. Green is given 30 days after the date the response is filed to file any reply.

*Philip G. Reinhard*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | LC/jt |
|---|---|---|