FILED
DECEMBER 28, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| ANTHONY GREEN; | * |
|     MOVANT; | * |
| | *     07 C 50247 |
| vs. | * CIVIL NO._____ |
| | * [03-CR-50031-01] |
| UNITED STATES OF AMERICA; | * |
|     RESPONDENT; | * |

<u>AFFIDAVIT OF ANTHONY GREEN</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

ANTHONY GREEN;       *
    MOVANT;       *
     *
vs.      * CIVIL NO.:_____
     * [03-CR-50031-01]
UNITED STATES OF AMERICA;      *
    RESPONDENT;      *

## AFFIDAVIT OF ANTHONY GREEN

I, ANTHONY GREEN, after being duly sworn, depose and says as follows:

[1]   That I am the Movant/Defendant in the aboved styled cause of action;

[2]   That during my criminal prosecution I was represented by attorney PAUL FLYNN:

[3]   That prior to proceeding to trial, attorney FLYNN never advised me about any plea offer of the government;

[4]   That attorney Flynn never discussed with me the strength of the governments case, specifically as it relates to the DNA analysis, Exhibit 20 photographic array nor of the proffered testimony of the testifying witnesses, and more specific, the proffered testimony of my co-defendant;

[5]   That attorney Flynn never told me about the Federal

PAGE 1 OF 2

Sentencing Guidelines nor of its application to a conviction entered by guilty plea or jury verdict;

[6]  That attorney Flynn never told me that the evidence presented was so sufficient as to warrant advising me to plead guilty;

[7]  That had I known of the strength of the government's case and the specific evidence regarding DNA analysis, contents of testimony, that I would have plead guilty;

[8]  That I proceeded to trial because I thought that I had no oher choice;

[9]  That attorney Flynn never fully advised me of my rights to testify, and had he done so, I would have testified; and

[10] That I was denied my Sixth Amendment right to a fair trial.

FURTHER AFFIANT SAYETH NAUGHT

Executed on this the 13th day of December 2007.

STATE OF GEORGIA

COUNTY OF FULTON

ANTHONY GREEN

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 13th DAY OF DECEMBER 2007.

NOTARY PUBLIC