## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50247 | **DATE** | 4/7/2008 |
| **CASE TITLE** | United States vs. Green | | |

**DOCKET ENTRY TEXT:**

Having failed to file a response to the § 2255 motion pursuant to this court's order of December 28, 3007, the government is to file a written explanation and any response no later than April 16, 2008. Green is given thirty days after any response is filed to file any reply.

*Philip G. Reinhard*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | LC |
|---|---|---|