UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 07 C 50247 |
| ) | (No. 03 CR 50031) |
| ANTHONY GREEN ) | Judge Philip G. Reinhard |

## UNITED STATES' MOTION FOR LEAVE TO FILE A RESPONSE IN EXCESS OF FIFTEEN PAGES

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, moves this Court for leave to file a response to defendant Anthony Green's 28 U.S.C. § 2255 motion and supporting memorandum in excess of fifteen pages and to waive the formatting requirements established by local rules.

Green's motion and supporting memorandum raise numerous claims under § 2255. In order to fully respond to them, the government needs to file a memorandum in excess of fifteen pages. Attached hereto is the government's proposed twenty-one page response.

WHEREFORE, the government moves this Court for leave to file a response in excess of fifteen pages and for this Court to waive the formatting requirements.

                                      Respectfully submitted,

                                      PATRICK J. FITZGERALD
                                      United States Attorney

         BY:   */s/ John G. McKenzie*
                JOHN G. McKENZIE
                Assistant United States Attorney
                308 West State Street - Rm. 300
                Rockford, Illinois   61101
                (815) 987-4444

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**UNITED STATES' MOTION FOR LEAVE TO
FILE A RESPONSE IN EXCESS OF FIFTEEN PAGES**

was served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on April 16, 2008, to the following non-ECF filers:

> Anthony Green
> No. 12450-424
> FCI Atlanta
> P.O. Box 150160
> Atlanta, GA 30315

>       /s/ John G. McKenzie
> JOHN G. McKENZIE
> Assistant United States Attorney
> 308 West State Street - Room 300
> Rockford, Illinois 61101
> (815) 987-4444