UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 07 C 50247 |
| | ) | (No. 03 CR 50031) |
| ANTHONY GREEN | ) | Judge Philip G. Reinhard |

**AMENDED NOTICE OF MOTION**

To: Anthony Green
No. 12450-424
FCI Atlanta
P.O. Box 150160
Atlanta, GA 30315

PLEASE TAKE NOTICE that on April 30, 2008, at 9:00 a.m. I will appear before Judge Philip G. Reinhard, in Courtroom 220, in the United States Courthouse, 211 South Court Street, Rockford, Illinois, and present:

UNITED STATES' MOTION FOR LEAVE TO
FILE A RESPONSE IN EXCESS OF FIFTEEN PAGES

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

BY:  */s/ John G. McKenzie*
JOHN G. McKENZIE
Assistant United States Attorney
308 West State Street - Rm. 300
Rockford, Illinois   61101
(815) 987-4444

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

## AMENDED NOTICE OF MOTION

was served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on April 18, 2008, to the following non-ECF filers:

>Anthony Green
>No. 12450-424
>FCI Atlanta
>P.O. Box 150160
>Atlanta, GA 30315

>   */s/ John G. McKenzie*
>JOHN G. McKENZIE
>Assistant United States Attorney
>308 West State Street - Room 300
>Rockford, Illinois 61101
>(815) 987-4444