## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50247 | **DATE** | 4/30/2008 |
| **CASE TITLE** | United States vs. Anthony Green | | |

**DOCKET ENTRY TEXT:**

Government's oral motion to file response to defendant's 28 U.S.C. § 2255 motion instanter is granted. Government's motion for leave to file a response in excess of fifteen pages [9] is granted. Defendant may file any reply to government's response to his 18 U.S.C. §2255 motion within 30 days from the date of this order.

*Philip G. Reinhard*

Notices mailed by Judicial staff.

00:02

| | Courtroom Deputy Initials: | JT |
|---|---|---|