# United States District Court

## Northern District of Illinois

Western Division

| | |
|---|---|
| United States of America | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 07 C 50247 |
| Anthony Green | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the court denies the § 2255 motion, denies the request for an evidentiary hearing, and dismisses this cause in its entirety.

Michael W. Dobbins, Clerk of Court

Date: 9/4/2008

/s/ Jennifer Titak, Deputy Clerk